**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-50745 (JKS) |
| Plaintiff, | |
| vs. | |
| KENNETH W. PITCHER, IN HIS CAPACITY AS TRUSTEE OF THE FAMILY TRUST OF KENNETH W. PITCHER; KENNETH W. PITCHER, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL OF**
**ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust hereby withdraws without prejudice the *Notice of Voluntary Dismissal of Adversary Proceeding* [Adv. Docket No. 7], filed on January 2, 2020 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated:    April ___, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
      acaine@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, in his capacity as*
*Liquidating Trustee of the Woodbridge Liquidation Trust*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.