# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH W. PITCHER, IN HIS CAPACITY AS TRUSTEE OF THE FAMILY TRUST OF KENNETH W. PITCHER; KENNETH W. PITCHER,<br><br>　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-50745 (JKS)<br><br>**Ref. Docket No. 12** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss
COUNTY OF NEW YORK　)

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2021, I caused to be served the "Notice of Withdrawal of Notice of Voluntary Dismissal of Adversary Proceeding," filed April 19, 2021 [Docket No. 12], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Sharna Wilson*
Sharna Wilson

Sworn to before me this
20th day of April, 2021
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# **EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| FT OF KENNETH W PITCHER | 58380 JOSHUA LN | | | | YUCCA VALLEY | CA | 92284-6366 |
| KENNETH W. PITCHER, TRUSTEE OF THE | FT OF KENNETH W. PITCHER | 58380 JOSHUA LANE | | | YUCCA VALLEY | CA | 92284 |