FILED
2022 OCT 26 AM 10: 09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:

Scholl, David

Debtor.
_______________________________/

Case No.: 20-01826
Chapter 13 Proceeding
Filed: 5/22/2020
Hon. John T. Gregg

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 – AND NOTICE OF RIGHT TO OBJECT**

Notice is hereby given that the following professional persons have made application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| Professional (Name & Address) | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| CBH Attorneys & Counselors<br>25 Division Ave S, Suite 500<br>Grand Rapids, MI 49503 | $5,812.50 | $124.20 | $13,670.00 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan.
Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
( ) Allowance of the fees may delay payment to general unsecured creditors.
() Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by__ months, for a total of___ months.
( ) Other:

PLEASE NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) Monday – Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with:

U.S. Bankruptcy Court, W.D. Mich.
One Division Ave. NW, Room 200
Grand Rapids, MI 49503

A copy of any objection must also be served upon
CBH Attorneys & Counselors
25 Division Ave S, Suite 500
Grand Rapids, MI 49503

Date Notice Served: October 26, 2022

*/s/ Steven M. Bylenga*
CBH Attorneys & Counselors
Attorney for Debtors
25 Division Ave S, Suite 500
Grand Rapids, Michigan 49503
Phone: (616) 608-3061

CBH

25 Division Ave S #500
Grand Rapids, MI 49503

GRAND RAPIDS MI 493
20 OCT 2022 PM 5 L



United States Bankruptcy Court
824 North Market Street
3rd Floor
Case No. 19-50926
Wilmington DE 19801-3024

U.S.M.S.
X-RAY

19801-302499